UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON M. PERREIRA,

        Petitioner,

    v.

JASON SCHULTZ,

        Respondent.

No.  2:24-cv-3117 CKD P

ORDER

Mr. Perreira has filed what is essentially a motion to toll the limitations period for a yet-to-be-filed petition for a writ of habeas corpus.  The court cannot take any action with respect to any habeas claim until a habeas petition is actually filed.  As Mr. Perreira has not filed a habeas petition, his motion (ECF No. 1) is denied, and the Clerk of the Court is directed to close this case.

Dated:  November 14, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
perr3117.mfs